WITHDRAWN

Skip to Main Content
Accessibility Statement

Help
Contact Us

e-payments
Careers

Home
Courts
Decisions
Programs
News
Legal Research
Court Records
Quick Links

OSCN Found Document:WITHDRAWN

Previous Case

Top Of Index

This Point in Index

Citationize

Next Case

Print Only

WITHDRAWN2021 OK CR 12Case Number: Decided: 08/31/2021
Cite as: 2021 OK CR 12, __ __

 

Citationizer© Summary of Documents Citing This Document

Cite
Name
Level

Oklahoma Court of Criminal Appeals Cases
 CiteNameLevel

 2021 OK CR 21, STATE ex rel. MATLOFF v. WALLACECited
 2021 OK CR 24, BENCH v. STATECited

Citationizer: Table of Authority

Cite
Name
Level

None Found.

oscn

EMAIL: webmaster@oscn.net
Oklahoma Judicial Center
2100 N Lincoln Blvd.
Oklahoma City, OK 73105

courts

Supreme Court of Oklahoma
Court of Criminal Appeals
Court of Civil Appeals
District Courts

decisions

New Decisions
Supreme Court of Oklahoma
Court of Criminal Appeals
Court of Civil Appeals

programs

The Sovereignty Symposium

Alternative Dispute Resolution
Early Settlement Mediation
Children's Court Improvement Program (CIP)
Judicial Nominating Commission
Certified Courtroom Interpreters
Certified Shorthand Reporters
Accessibility ADA

Contact Us
Careers
Accessibility ADA